# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAKOTA SCOTT WILSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:17-cv-1573** |
| | § | **JURY** |
| **DONNIE MAC CAMERON and** | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## LOCAL RULE 81 EXHIBITS TO DEFENDANTS DONNIE MAC CAMERON AND TYSON FOODS, INC.'S NOTICE OF REMOVAL

**(1)     All executed process in the case;**

- Corporate Citation with corresponding Affidavit of Service – Tyson Foods, Inc.

**(2)     Pleadings asserting causes of action and answers to those pleadings;**

- Plaintiff Donnie Mac Cameron's Original Petition and Request for Disclosure to Defendants
- Civil Case Information Sheet
- Defendants Donnie Mac Cameron and Tyson Foods, Inc.'s Original Answers

**(3)     All orders signed by the state judge;**

- None

**(4)     The docket sheet; and**

- None

**(5)     A list of all counsel of record with addresses, telephone numbers, and parties represented;**

- Nhan H. Nguyen
  nhan@healthlawservices.com
  THE LAW OFFICE OF NHAN NGUYEN
  2500 West Loop South, Suite 340

Houston, Texas 77027
(713) 840-7200
(713) 583-4155 (fax)
*Counsel for Plaintiff Dakota Scott Wilson*

- Zach T. Mayer
  zmayer@krcl.com
  Brian J. Fisher
  bfisher@krcl.com
  J. Edward Johnson
  ejohnson@krcl.com
  KANE RUSSELL COLEMAN LOGAN PC
  1601 Elm Street, Suite 3700
  Dallas, Texas 75201
  (214) 777-4200
  (214) 777-4299 (fax)

  *Counsel for Defendants Donnie Mac Cameron and Tyson Foods, Inc.*

**Harris County Docket Sheet**

# 2017-20672

**COURT:** 269th

**FILED DATE:** 3/27/2017

**CASE TYPE:** Motor Vehicle Accident



---

**WILSON, DAKOTA SCOTT**

Attorney: NGUYEN, NHAN H

**vs.**

**CAMERON, DONNIE MAC**

Attorney: MAYER, ZACHARY THOMAS

---

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

3/27/2017 5:02:00 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 16100739
By: ADESIYAN, JELILAT
Filed: 3/27/2017 5:02:00 PM

CAUSE NO. _____

| | | |
|---|---|---|
| **DAKOTA SCOTT WILSON,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **DONNIE MAC CAMERON and** | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| *Defendants* | § | _____ **DISTRICT COURT** |

---

### PLAINTIFF'S ORIGINAL PETITION AND
### REQUEST FOR DISCLOSURE TO DEFENDANTS

---

TO THE HONORABLE DISTRICT COURT JUDGE:

Plaintiff DAKOTA SCOTT WILSON complains of Defendants DONNIE MAC CAMERON and TYSON FOODS, INC. (collectively, the "Defendants"), and in support would show this Court the following:

### LEVEL

1.      Plaintiff intends to conduct discovery under Level 2 of Rule 190.3 of the Texas Rules of Civil Procedure and affirmatively pleads that this suit does not fall under the expedited-actions process of Rule 169, because Plaintiff seeks damages in excess of $100,000.

### RELIEF

2.      Plaintiff seeks monetary relief over $200,000 but less than $1,000,000.  Tex. R. Civ. P. 47(c)(4).

### PARTIES

3.      Plaintiff is a resident of Harris County, Texas.

4.      Defendant Donnie Mac Cameron is, upon information and belief, an individual who can be

served with process at his residence address, 10149 North Wedington Blacktop Road, Prairie Grove, Arkansas 72753.

5.      Defendant Tyson Foods, Inc. is, upon information and belief, a Delaware corporation that can be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

<u>VENUE</u>

6.      Pursuant to §§15.002 *et seq.* of the Texas Civil Practice and Remedies Code, venue is proper in Harris County, because the cause of action accrued in Harris County, Texas.

<u>FACTS</u>

7.      This lawsuit results from a collision that occurred in Harris County, Texas.  On the afternoon of June 13, 2016, Plaintiff Dakota Scott Wilson ("Plaintiff" or "Wilson") was traveling eastbound on IH-10 (East Freeway) in Houston, Texas.  As Wilson slowed his vehicle due to slowing traffic ahead, suddenly and without any warning, a tractor-trailer driven by Defendant Donnie Mac Cameron ("Cameron") crashed into the back of Plaintiff's vehicle, propelling it into the truck traveling in front of him (the "Collision").

<u>NEGLIGENCE</u>

8.      Cameron committed acts of omission and/or commission which, collectively and severally, constituted negligence.  Cameron's negligent acts include, but are not limited to, inattention, failure to control speed, failure to timely apply brakes, and failure to obey the traffic laws and signals of the State of Texas.

9.      At the time of the Collision, Cameron was acting in the course and scope of his employment with Defendant Tyson Foods, Inc. ("Tyson") and operating a tractor-trailer owned or leased by Foods.  Under the doctrine of *Respondeat Superior,* Tyson is jointly and severally liable for all acts

Certified Document Number: 74431884 - Page 2 of 4

of Cameron's negligence.

DAMAGES

10.      As a result of Defendants' negligence, Plaintiff sustained damages in an amount within the jurisdictional limits of this Court.  Wilson sustained serious injuries in the Collision and is incurring medical expenses for the necessary diagnosis and treatment of his injuries.  These charges are reasonable and customary with charges made for such services in the county or counties where they were provided.  With reasonable medical probability, Wilson will incur additional medical expenses for the necessary treatment of his injuries in the future.  In addition, Wilson has suffered physical pain, mental anguish, and physical impairment resulting from his injuries, and is expected to suffer therefrom in the future.

PRAYER

Plaintiff DAKOTA SCOTT WILSON prays that DONNIE MAC CAMERON and TYSON FOODS, INC. appear herein, and that upon final trial Plaintiff take a judgment against the Defendants, jointly and severally, for the following:

(a)      Actual damages in an amount within the jurisdictional limit of the court;

(b)      Costs of court;

(c)      Prejudgment and post-judgment interest at the highest lawful rate; and

(d)      Such other and further relief, both general and special, to which Plaintiff may show himself entitled.

REQUEST FOR DISCLOSURE

Under Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests that Defendants DONNIE MAC CAMERON and TYSON FOODS, INC. disclose, within fifty (50) days of service, the information and materials described in Rule 194.2.

Respectfully submitted,

THE LAW OFFICE OF NHAN NGUYEN


_____/s/ *Nhan Nguyen*_____

Nhan Nguyen
Texas Bar No. 24041589
2500 West Loop South, Suite 340
Houston, Texas  77027
Telephone:  713/840-7200
Telecopier:  713/583-4155
Email: nhan@healthlawservices.com

ATTORNEYS FOR PLAINTIFF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:        74431884 Total Pages:  4

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

3/27/2017 5:02:05 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 16100739
By: ADESIYAN, JELILAT
Filed: 3/27/2017 5:02:05 PM

Certified Document Number: 74431885 - Page 1 of 2

Certified Document Number: 74431885 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:        74431885 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK


ENTERED
VERIFIED

## Civil Process Pick-Up Form

### CAUSE NUMBER: 17-20672

ATY____    CIV X    COURT 269

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Nguyen, Nhan          PH: 713-840-7200 |
| *CIVIL PROCESS SERVER: Lone Star P box 17 |
| *PH: |
| *PERSON NOTIFIED SVC READY: |
| * NOTIFIED BY: |
| DATE: |

Type of Service Document:_____    Tracking Number 733669348

Type of Service Document:_____    Tracking Number 59339

Type of Service Document:_____    Tracking Number_____

Type of Service Document: CIT    Tracking Number_____

Type of Service Document:_____    Tracking Number_____

Type of Service Document:_____    Tracking Number_____

Type of Service Document:_____    Tracking Number_____

**Process papers prepared by: Shanelle Taylor**

Date: 4·5    2017    30 days waiting_____-_____-_____

*Process papers released to: Beth Girkin
(PRINT NAME)

*(CONTACT NUMBER)    (SIGNATURE)

*Process papers released by:
(PRINT NAME)

Shanelle Taylor
(SIGNATURE)

* Date: 4/1, 2017    Time: 1:25 AM / PM

Revised 12-15-2014

Certified Document Number: 74666331 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:      74666331 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/28/2017 6:03:35 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16741276
By: Joshua Bovell
Filed: 4/28/2017 6:03:35 PM

RECEIPT NUMBER ................ 0.00
TRACKING NUMBER ........ 73359339   C1V

CAUSE NUMBER    201720672

| | |
|---|---|
| **PLAINTIFF:** WILSON, DAKOTA SCOTT | **In The** 269th |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT:** CAMERON, DONNIE MAC | **Harris County, Texas** |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

TO: TYSON FOODS INC (DELWARE CORPORATION) BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM

   1999  BRYAN STREET SUITE 900   DALLAS TX  75201

Attached is a copy of   <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>.

This instrument was filed on the ___27th___ day of ___March_____, 20___17___, in the above cited cause number and court. The instrument attached describes the claim against you.

    **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

    **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___5th___ day of ___April_____, 20 __17__.

Issued at request of:
NGUYEN, NHAN H
2500  WEST LOOP SOUTH, SUITE
340
HOUSTON, TX  77027
TEL: (713) 840-7200
Bar Number: 24041589

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: TAYLOR, SHANELLE L   3VT//10645133

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____
                                  (STREET ADDRESS)                        (CITY)

in _____ County, Texas on the _____ day of _____, 20 ___, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
                    (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is
   (REGISTERED AGENT, PRESIDENT, OR VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                         (DESCRIPTION OF PETITION OR OTHER ORIGINAL)

and with accompanying copies of _____
             (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20 ___.

FEE: $ _____

By: _____
            (SIGNATURE OF OFFICER)

Printed Name: _____

_____
Affiant Other Than Officer

As Deputy for: _____
                (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
Notary Public

H.INT.CITC.P

*73359339*

Certified Document Number: 74885779 - Page 1 of 3

CAUSE NO. 2017-20672

| | | |
|---|---|---|
| DAKOTA SCOTT WILSON | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DONNIE MAC CAMERON, ET AL | § | |
| Defendant. | § | 269TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **ANDREW C. MANGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Apr 11, 2017, 4:39 pm**,

**CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE,**

and was executed on **Mon, Apr 24 2017** by mailing to **TYSON FOODS INC C/O CT CORPORATION SYSTEM** at **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201. DALLAS COUNTY**, by Certified Mail, Return Receipt Requested, Receipt No. **7016 1370 0001 4577 5927**, a true copy of this citation together with the accompanying pleadings.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

ANDREW C. MANGER , SCH# 821, EXP: 7/31/2017

**BEFORE ME**, a Notary Public, on this day personally appeared **ANDREW C. MANGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON ___4/28/17___

_____

Notary Public, State of Texas

MELISSA GARCIA
Notary Public, State of Texas
My Commission Expires
June 15, 2019

CAUSE NO. 2017-20672

DAKOTA SCOTT WILSON §  IN THE DISTRICT COURT OF
§
§
Plaintiff, §
VS. §
§  HARRIS COUNTY, TEXAS
§
DONNIE MAC CAMERON, ET AL §
Defendant. §  269TH JUDICIAL DISTRICT

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL





Certified Document Number: 74885779 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:        74885779 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/11/2017 1:40:04 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16975840
By: Shanelle Taylor
Filed: 5/11/2017 1:40:04 PM



KANE RUSSELL COLEMAN & LOGAN PC

**ZACH T. MAYER**
Direct Dial:  (214) 777-4271
Email:  zmayer@krcl.com

May 11, 2017

**Via eFileTexas.gov (filing and service)**
**Via Email:** nhan@healthlawservices.com
Nhan H. Nguyen
THE LAW OFFICE OF NHAN NGUYEN
2500 West Loop South, Suite 340
Houston, Texas 77027

Re: *Dakota Wilson v. Donnie Mac Cameron and Tyson Foods, Inc.*
Cause No.: 2017-20672
Court: 269th Judicial District Court of Harris County, Texas
Our File No.: 58140.00154.000

Dear Counsel:

Attached please find *Defendants Donnie Mac Cameron and Tyson Foods, Inc.'s Original Answer* in the above-referenced matter, which was e-filed today in the 269th Judicial District Court, Harris County, Texas.

*Please provide dates that your client is available for his deposition.*

In case you have any questions or require additional information, please do not hesitate to contact Brian Fisher at 214.777.4240 or bfisher@krcl.com and Andrew J. Mihalick at 713.425.7400 or amihalick@krcl.com. Thank you for your cooperation and assistance in this matter.

Very truly yours,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: Zach T. Mayer

ZTM/smp
Attachments

5244237 v1 (58140.00154.000)

Certified Document Number: 7505494 - Page 1 of 1

DALLAS ★ 3700 Thanksgiving Tower • 1601 Elm Street • Dallas, Texas 75201 • (214) 777-4200 • (214) 777-4299 Fax
HOUSTON ★ 5051 Westheimer Road • Suite 1000 • Houston, Texas 77056 • (713) 425-7400 • (713) 425-7700 Fax
www.krcl.com



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:        75054941 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

5/11/2017 1:40:04 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16975840
By: Shanelle Taylor
Filed: 5/11/2017 1:40:04 PM

**CAUSE NO. 2017-20672**

| | | |
|---|---|---|
| **DAKOTA SCOTT WILSON,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **DONNIE MAC CAMERON and** | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| *Defendants.* | § | **269TH JUDICIAL DISTRICT** |

## DEFENDANTS DONNIE MAC CAMERON AND TYSON FOODS, INC.'S ORIGINAL ANSWER

Defendants, Donnie Mac Cameron ("Cameron") and Tyson Foods, Inc. ("Tyson"), (collectively, "Defendants"), file their Original Answer and state the following:

**I.**

**GENERAL DENIAL**

1. Defendants deny each and every, all and singular, the material allegations contained within the Original Petition filed by Plaintiff, Dakota Scott Wilson ("Plaintiff" or "Wilson"), and demand strict proof thereof.

**II.**

**AFFIRMATIVE DEFENSES**

2. Pleading further, alternatively, and by way of affirmative defense, Defendants assert that any damages sought to be recovered by Plaintiff should be reduced to the extent that Plaintiff has failed to take the reasonable steps that a person of ordinary prudence in a similar situation would have taken to avoid the claimed damages.

3. Pleading further, alternatively, and by way of affirmative defense, Defendants

Certified Document Number: 75054940 - Page 1 of 5

assert that in the unlikely event that an adverse judgment would be rendered against them, Defendants would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

4.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff engaged in acts, including acts of negligence, which caused Plaintiff's damages.  Therefore, Plaintiff is barred, in whole or in part, from a recovery of damages from Tyson.

5.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that other parties may have caused the Plaintiff's injuries.  If such is established, Defendants' liability must be reduced accordingly, and if Defendants are found to be jointly and severally liable, Defendants are entitled to a judgment for contribution from other Defendants.

6.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff's damages, if any, were solely caused by the conduct of other parties or, alternatively, that the conduct of other parties was an intervening cause of Plaintiff's claimed damages.  Therefore, Defendants are not liable for such damages.

7.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff assumed the risk associated with engaging in the activity associated with the incident made the basis of this lawsuit.  Plaintiff should therefore be barred from recovery of damages against Defendants.

8.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses be limited to the amount actually paid or incurred by or on behalf of Plaintiff,

Certified Document Number: 75054940 - Page 2 of 5

pursuant to Section 41.0105 of the Texas Civil Practices and Remedies Code.

9.      Defendants hereby give notice that they intend to rely upon such other defenses or denials, affirmative or otherwise, and to assert third-party claims and any other claims, as may become available or appear during discovery as it proceeds in this matter, and hereby reserve the right to amend their Answer to assert such defenses.

### III.

### JURY DEMAND

10.     In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demands a trial by jury.

### IV.

### PRAYER

11.     Defendants Donnie Mac Cameron and Tyson Foods, Inc. pray that Plaintiff take nothing by this suit, that Defendants go hence with their costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Certified Document Number: 75054940 - Page 3 of 5

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:     _/s/ Zach T. Mayer_
            Zach T. Mayer
            State Bar No. 24013118
            zmayer@krcl.com
            Brian J. Fisher
            State Bar No. 24032178
            bfisher@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299

            Andrew J. Mihalick
            State Bar No. 24046439
            amihalick@krcl.com

Galleria Tower II
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile: 713.425.7700

**ATTORNEYS FOR DEFENDANTS DONNIE MAC WILSON AND TYSON FOODS, INC.**

Certified Document Number: 75054940 - Page 4 of 5

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 11th day of May, 2017, a true and correct copy of the foregoing has been forwarded as follows:

**Via eFileTexas.gov (filing and service)**
**Via Email: nhan@healthlawservices.com**
Nhan H. Nguyen
THE LAW OFFICE OF NHAN NGUYEN
2500 West Loop South, Suite 340
Houston, Texas 77027


_/s/ Zach T. Mayer_____
Zach T. Mayer

**DEFENDANTS DONNIE MAC CAMERON AND TYSON FOODS, INC.'S ORIGINAL ANSWER**
**PAGE 5 OF 5**

5244108v1 (58140.00154.000)



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2017

Certified Document Number:      75054940 Total Pages:  5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**