IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAKOTA SCOTT WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 4:17-cv-1573 |
| | § | JURY |
| DONNIE MAC CAMERON and | § | |
| TYSON FOODS, INC., | § | |
| | § | |
| Defendants. | § | |

## AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Dakota Scott Wilson ("Plaintiff") and Defendants Donnie Mac Cameron and Tyson Foods, Inc. ("Defendants"), jointly stipulate to the dismissal without prejudice of all claims Plaintiff asserted or could have asserted against Defendants in this case.

Dated:  May 7, 2018.

Respectfully submitted,

**THE LAW OFFICE OF NHAN NGUYEN**

By: /s/ *Nhan Nguyen w/p AJM*
Nhan Nguyen
Texas State Bar No. 24041589
District Bar No. *Application Pending*
Email: nhan@healthlawservices.com

2500 West Loop South, Suite 340
Houston, Texas 77027
Telephone:  713.840.7200
Facsimile:  713.583.4155

-AND-

Richard Martin P. Canlas
Southern District Bar No. 90001843
300 W. Davis, Suite 300
Conroe, Texas 77301
936.788.6999 / FAX 936.539.5764


**ATTORNEYS FOR PLAINTIFF
DAKOTA SCOTT WILSON**

- AND -

**KANE RUSSELL COLEMAN LOGAN PC**

By:      s/*Zach T. Mayer*
     Zach T. Mayer
     Texas State Bar No. 24013118
     Southern District Bar No. 604832
     Email: zmayer@krcl.com
     Brian J. Fisher
     State Bar No. 24032178
     Southern District Bar No. 902655
     Email: bfisher@krcl.com
     Andrew J. Mihalick
     State Bar No. 24046439
     Southern District Bar No. 595221
     Email: amihalick@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299

**ATTORNEYS FOR DEFENDANTS
DONNIE MAC CAMERON AND
TYSON FOODS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2018, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system for the United States District Court for the Southern District of Texas:

Zach T. Mayer
Email: zmayer@krcl.com
Brian J. Fisher
Email: bfisher@krcl.com
Andrew J. Mihalick
Email: amihalick@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299

                                                                  /s/ *Nhan Nguyen w/p AJM*
                                                                  Nhan Nguyen/Richard Canlas