IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAKOTA SCOTT WILSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-1573 |
| | § | |
| DONNIE MAC CAMERON, *et al.*, | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the parties' Agreed Joint Stipulation of Dismissal With Prejudice [Doc. # 20], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 10th day of **May, 2018.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE